Livia M. Kiser (SBN 285411)
lkiser@sidley.com
Michael C. Andolina (*pro hac vice* to be filed)
mandolina@sidley.com
Andrew J. Chinsky (*pro hac vice* to be filed)
achinsky@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Tel: (213) 896-6666
Fax: (213) 896-6600

*Attorneys for Defendant American Honda Motor Co. Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLES BURGESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 3:17-cv-01060-JST<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT AMERICAN HONDA MOTOR CO., INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**Complaint filed:  March 1, 2017**<br>**Current responsive pleading due date: March 22, 2017** |

IT IS HEREBY stipulated and agreed by the attorneys for the respective parties herein that the date for American Honda Motor Co., Inc. ("AHM") to answer, move, or otherwise respond to the Complaint shall be extended to and including forty-five (45) days after the Court enters an order on AHM's Motion to Dismiss in *Aberin et al. v. American Honda Motor Co., Inc.*, Case No. 3:16-cv-04384-JST (N.D. Cal.) (ECF No. 42).

Respectfully submitted,

| | |
|---|---|
| */s/ Livia M. Kiser* | */s/ Toby J. Marshall, Admitted Pro Hac Vice* |
| Livia M. Kiser (SBN 285411) | Toby J. Marshall, *Admitted Pro Hac Vice* |
| Email:  lkiser@sidley.com | Email:  tmarshall@terrellmarshall.com |
| Michael C. Andolina (*pro hac vice* to be filed) | Amanda M. Steiner (SBN #190047) |
| Email: mandolina@sidley.com | Email: asteiner@terrellmarshall.com |
| Andrew J. Chinsky (*pro hac vice* to be filed) | Brittany A. Madderra, *Admitted Pro Hac Vice* |
| Email:  achinsky@sidley.com | Email:  bmadderra@terrellmarshall.com |
| SIDLEY AUSTIN LLP | TERRELL MARSHALL LAW GROUP PLLC |
| One South Dearborn | 936 N. 34th Street, Suite 300 |
| Chicago, Illinois 60603 | Seattle, Washington 98103 |
| Telephone: (312) 853-7000 | Telephone: (206) 816-6603 |
| Facsimile: (312) 853-7036 | Facsimile:  (206) 319-5450 |
| | |
| Eric B. Schwartz (SBN 266554) | James C. Shah (SBN #260435) |
| Email:  eschwartz@sidley.com | Email: jshah@sfmslaw.com |
| SIDLEY AUSTIN LLP | SHEPHERD, FINKELMAN, MILLER |
| 555 West Fifth Street, Suite 4000 |    & SHAH, LLP |
| Los Angeles, California 90013 | 44 Montgomery Street, Suite 650 |
| Telephone: (213) 896-6666 | San Francisco, California 94104 |
| Fascimile: (213) 896-6600 | Telephone:  (415) 429-5272 |
| | Facsimile: (866) 300-7367 |
| | |
| *Attorneys for Defendant American Honda Motor Co., Inc.* | *Attorneys for Plaintiff and the Proposed Classes and Subclasses* |
| | |
| Dated: March 15, 2017 | Dated: March 15, 2017 |

**SIGNATURE ATTESTATION**

      I am the ECF User whose identification and password are being used to file the foregoing Stipulation. In compliance with Civil Local Rule 5.1, I hereby attest that the signatory has concurred in this filing.

Dated: March 15, 2017                                      By: /s/  Livia M. Kiser
                                                                                       Livia M. Kiser

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED: March 16, 2017

_____
Hon. Jon S. Tigar