James C. Shah, SBN #260435
Email: jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 429-5272
Facsimile: (866) 300-7367

Toby J. Marshall, *Admitted Pro Hac Vice*
Email: tmarshall@terrellmarshall.com
Amanda M. Steiner, SBN #190047
Email: asteiner@terrellmarshall.com
Brittany A. Madderra, *Admitted Pro Hac Vice*
Email: bmadderra@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES BURGESS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | NO. 3:17-cv-01060-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES PENDING CONSOLIDATION [N.D. Cal. L.R. 6-2]**<br><br>CLASS ACTION<br><br>**DEMAND FOR JURY TRIAL**<br><br>The Honorable Jon S. Tigar |

## I. STIPULATION

1. On March 7, 2017, this Court issued a Related Case Order (Dkt. # 8) relating this case to *Aberin et al. v. American Honda Motor Company, Inc.*, No. 3:16-cv-04384-JST. That order instructed the parties to adjust the dates for the conference, disclosures and report required by FRCP 16 and 26 accordingly.

2. On March 17, 2017, the Court entered an order based upon the parties' stipulation that extended the date for Defendant American Honda Motor Co., Inc. ("AHM") to answer, move, or otherwise respond to the complaint to 45 days after the court entered an order on AHM's motion to dismiss in the related *Aberin* case.

3. On April 25, 2017, this Court granted in part and denied in part AHM's motion to dismiss in *Aberin*. The deadline for AHM to answer, move, or otherwise respond to the complaint is therefore June 9, 2017.

4. The deadline to file a Rule 26(f) report and serve initial disclosures is currently May 25, 2017.

5. Plaintiffs in this case and *Aberin* intend to file a motion to consolidate the two cases. Plaintiffs are working with the plaintiffs in *Aberin* to file an amended complaint and coordinate discovery efforts.

6. The parties agree that extending the deadlines for the Rule 26(f) report and initial disclosures, as well as the deadline for AHM to answer, move, or otherwise respond to the complaint, will give counsel in this case and *Aberin* the opportunity to file a motion to consolidate and avoid unnecessary inefficiency.

7. The parties therefore request that the Court continue the deadlines to file a Rule 26(f) report and complete initial disclosures, as well as the deadline for AHM to answer, move, or otherwise respond to the complaint, by 90 days.

| | |
|---|---|
| STIPULATED TO, RESPECTFULLY SUBMITTED, AND DATED this 25th day of May, 2017. | |
| TERRELL MARSHALL LAW GROUP PLLC | SIDLEY AUSTIN LLP |
| By: /s/ Amanda M. Steiner, SBN #190047<br>Toby J. Marshall, *Admitted Pro Hac Vice*<br>Email: tmarshall@terrellmarshall.com<br>Amanda M. Steiner, SBN #190047<br>Email: asteiner@terrellmarshall.com<br>Brittany A. Madderra, *Admitted Pro Hac Vice*<br>Email: bmadderra@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>James C. Shah, SBN #260435<br>Email: jshah@sfmslaw.com<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 429-5272<br>Facsimile: (866) 300-7367<br><br>*Attorneys for Plaintiff* | By: /s/ Livia M. Kiser, SBN #285411<br>Livia M. Kiser, SBN #285411<br>Email: lkiser@sidley.com<br>Michael C. Andolina, *Admitted Pro Hac Vice*<br>Email: mandolina@sidley.com<br>Andrew J. Chinsky, *Admitted Pro Hac Vice*<br>Email: achinsky@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>Eric B. Schwartz, SBN #266554<br>Email: eschwartz@sidley.com<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6666<br>Facsimile: (213) 896-6600<br><br>*Attorneys for Defendant American Honda Motor Co. Inc.* |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
PENDING CONSOLIDATION [N.D. CAL. L.R. 6-2] - 3
CASE NO. 3:17-CV-01060-JST

## II. LOCAL RULE 5-1(I)(3) STATEMENT

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this stipulation as required under the local rules.

DATED this 25th day of May, 2017.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Amanda M. Steiner, SBN #190047
Amanda M. Steiner, SBN #190047
Email: asteiner@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

### III. [PROPOSED] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED this  25   day of  May           , 2017.

UNITED STATES DISTRICT JUDGE